UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 24.228.155.118,<br><br>          Defendant. | Civil Action No. 3:23-cv-00215-AWT |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**

PLEASE TAKE NOTICE that Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will and hereby does move for default judgment against Defendant. This Motion is be based on the following:

1.   On June 16, 2023, Plaintiff filed its First Amended Complaint in this action.

2.   On August 31, 2023, Defendant was personally served with the Summons and First Amended Complaint at his place of abode.

3.   Defendant has failed to plead or otherwise defend himself against Plaintiff's First Amended Complaint.

4.   On November 16, 2023, Plaintiff filed and served a request that the Court enter Defendant's default pursuant to Fed. R. Civ. P. 55(a). The Clerk entered default against the Defendant on January 12, 2024.

5.   Defendant is not a minor or an otherwise incompetent person. *See* concurrently-filed Declaration of Jacquline M. James in Support of Motion for Default Judgment Against Defendant ("James Decl.").

6.   This Motion is based on the allegations in Plaintiff's First Amended Complaint. Because Defendant has not filed a responsive pleading or otherwise responded to Plaintiff's First

Amended Complaint there are no material facts in dispute, except for damages. It is well established that "[w]hile a party's default is deemed to constitute a concession of all well pleaded allegations of liability, it is not considered an admission of damages." *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citing *Greyhound Exhibitgroup, Inc. v. E.L.U.L. Realty Corp.,* 973 F.2d 155, 158 (2d Cir. 1992)). Indeed, "[w]here, as here, 'the court determines that defendant is in default, the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true.'" *Chen v. Jenna Lane, Inc.*, 30 F. Supp. 2d 622, 623 (S.D.N.Y. 1998) (quoting 10A C. Wright, A. Miller & M. Kane, Federal Practice & Procedure: Civil 3d § 2688 at 58-59 (3d ed. 1998)).

   7.  This Motion is further based on the facts attested to in the James Decl.; the Memorandum of Points and Authorities in Support of Motion for Default Judgment filed concurrently herewith; all pleadings and evidence on file in this matter; and such additional evidence or arguments as may be accepted by the Court. These materials are sufficient to justify the requested relief.

Dated: February 9, 2024        Respectfully submitted,

                   /s/ *Jacqueline M. James*
                   Jacqueline M. James, Esq. (1845)
                   The James Law Firm, PLLC
                   445 Hamilton Avenue
                   Suite 1102
                   White Plains, New York 10601
                   T: 914-358-6423
                   F: 914-358-6424
                   E-mail: jjameslaw@optonline.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February 2024, a true and correct copy of the foregoing Motion for Default Judgment was served via United States Mail, First Class, postage prepaid, upon the following:

**[REDACTED]**

/s/ *Jacqueline M. James*
Jacqueline M. James, Esq